# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| PAUL J. MCARDLE, | : No. 12 WM 2015 |
| Petitioner | : |
| v. | : |
| JOSEPH W. HUFNAGEL, MARGARET M. HUFNAGEL, THERESA J. HUFNAGEL, J. JEROME MANSMANN, PATRICK W. MANSMANN, KATHLEEN MANSMANN RYGALSKI, JAMES P. MANSMANN, JOANNE T. MANSMANN, PETER J. MANSMANN, SANDRA L. MANSMANN, PETER L. MANSMANN, SARAH E. MANSMANN, KRISTINE I. MANSMANN SULLIVAN, THOMAS M. SULLIVAN, MICHELE M. MANSMANN, RONALD A. WEISENSTEIN, THERESA A. MANSMANN CAMPA, CLAYTON T. CAMPA, ELIZABETH MANSMANN CHAMPAGNE, KEITH J. CHAMPAGNE, DENISE MANSMANN BIRD, DANIEL L. BIRD, DANIEL F. CUSICK, MARY SHEILA CUSICK, COLLEEN CUSICK, ANNE M. MCARDLE, GEORGE R. FOX, III, CARRIE FOX, KELLY FOX, ERIN L. MARSH, DENNIS J. WELSCH, MARY P. WELSCH, WILLIAM P. MORGAN, KATHLEEN S. MORGAN, JOHN DOE, JANE ROE, ET AL, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of March, 2015, the Petition for Extraordinary Relief is **DENIED**.